In the Matter of HAROLD D. SIMPSON, Appellant, against FRANK J. TAYLOR, as Comptroller of the City of New York, Respondent.

Argued May 24, 1938; decided July 7, 1938.

*Herman E. Cooper* and *Charles Barasch* for appellant.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr., Paxton Blair* and *Nicholas Bucci* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.